## ROCCO MUSOROFITI ET AL. *v.* JUDITH A. VLCEK ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 65 Conn. App. 365 (AC 19677), is denied.

*James E. Mattern,* in support of the petition.

*Keith S. McCabe,* in opposition.

Decided November 7, 2001

## KAILA MARSHALL *v.* HARTFORD HOSPITAL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 738 (AC 20345), is denied.

*William J. Sweeney, Jr.,* in support of the petition.

*Donna R. Zito,* in opposition.

Decided November 7, 2001

## MICHAEL AMMIRATA ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF REDDING ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 65 Conn. App. 606 (AC 20640), is granted, limited to the following issue:

"Did the Appellate Court properly decline to review, on the basis of an inadequate record, the plaintiffs' claim regarding res judicata and collateral estoppel?"

The Supreme Court docket number is SC 16614.

*Paul L. Bollo,* in support of the petition.

*Peter S. Olson,* in opposition.

Decided November 7, 2001